IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**CARLOS ANTONIO PEREA et al.**,<br><br>Defendant. | Cr. No. 25-3364 KWR |

**MOTION TO DISMISS INDICTMENT AS TO DEFENDANT PEREA**

Pursuant to Rule 48, Fed. R. Crim. P., the United States respectfully moves the Court to dismiss the Indictment in this matter as to **Defendant Carlos Antonio Perea only**. The United States has received credible information from the United States Probation Office and Homeland Security Investigations that Defendant Perea passed away on or about September 3, 2026.

Defense counsel Irma Rivas does not oppose this motion. Therefore, the United States respectfully requests that the Court dismiss the Indictment in this matter against Defendant Carlos Perea only.

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN ELLISON
First Assistant United States Attorney

***Electronically filed September 15, 2026***
SARAH J. MEASE
Assistant United States Attorney
201 Third St. NW, Suite 900
Albuquerque, New Mexico 87102

I HEREBY CERTIFY that the foregoing pleading was electronically filed, which caused counsel of record to be served by electronic means.

/s/
SARAH J. MEASE